**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| **K.M.** | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. **5:26-cv-00180-AW-MJF** |
| **JAI AMBAI, INC. D/B/A SUMMER BREEZE MOTEL; ET AL** | : | JURY TRIAL DEMANDED |
| Defendants. | : | |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT**

Plaintiff K.M. moves under Federal Rule of Civil Procedure 6(b)(1)(A) for a fourteen-day extension of her deadline to file an amended complaint, from November 11, 2026, to November 25, 2026. In support, Plaintiff states as follows:

1. Plaintiff filed her Complaint on June 30, 2026. (ECF No. 1.)
2. On October 28, 2026, the Court found the Complaint to be a shotgun pleading and ordered Plaintiff to file an amended complaint within fourteen days. (ECF No. 39.) The Order directed that the amended complaint "clearly set out which factual allegations Plaintiff relies on for each count." (*Id.*) It also directed Plaintiff to allege the facts she intends to rely on to support her claims. (*Id.*)
3. Plaintiff's Amended Complaint is currently due on November 11, 2026.

4. Rule 6(b)(1)(A) provides that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires." Plaintiff makes this request before her deadline expires.

5. Additional time is needed to confer with Plaintiff and gather property-specific factual allegations for each Defendant. Additional time is also needed because the paralegal for Plaintiff's counsel is no longer with the firm. The additional fourteen days will allow Plaintiff to file a complete amended pleading that addresses the Court's concerns and avoids further repleading.

6. On November 9, 2026, Plaintiff's counsel emailed counsel for all Defendants to ask whether they oppose a two-week extension. Counsel for all Defendants responded that they do not object.

7. The Order gives Defendants fourteen days after the amended complaint is filed to respond to it. Their response is currently due on November 25, 2026, the same date as Plaintiff's requested deadline. (ECF No. 39.)

8. The requested extension would therefore interfere with Defendants' time to respond. To preserve Defendants' full fourteen-day response period, Plaintiff asks that the Court extend Defendants' deadline to respond to the amended

complaint to Wednesday, December 9, 2026.

9. This request is made in good faith and not for delay.

**WHEREFORE**, Plaintiff respectfully requests that the Court grant this Motion and extend Plaintiff's deadline to file an amended complaint to November 25, 2026.

Respectfully Submitted,

**ANDREOZZI + FOOTE**

Dated: **11/10/2026**

*s/ Ashley Ventrillo*
Ashley Ventrillo, esq.
Nathaniel Foote, esq. (*Pro Hac Vice*)
4503 North Front Street
Harrisburg, PA 17110
Ph: 717.525.9124 | Fax: 717.525.9143
TeamD@vca.law
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The below individual with the firm of Andreozzi + Foote, hereby certifies that I served a copy of the foregoing document upon all counsel of record via CM/ECF.

Date: **11/10/2026** *|s| Ashley Ventrillo*