**IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| **K.M.** | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. **5:26-cv-00180-AW-MJF** |
| **JAI AMBAI, INC. D/B/A SUMMER BREEZE MOTEL; ET AL** | : | JURY TRIAL DEMANDED |
| Defendants. | : | |

**PLAINTIFF'S NOTICE REGARDING DEADLINE TO FILE AMENDED COMPLAINT**

Plaintiff K.M. gives notice to the Court and all parties of the following.

1. On October 28, 2026, the Court ordered Plaintiff to file an amended complaint within fourteen days. (ECF No. 39.)

2. The fourteenth day after the Order falls on Wednesday, November 11, 2026. That day is Veterans Day, a legal holiday.

3. Under Federal Rule of Civil Procedure 6(a)(1)(C), when the last day of a period falls on a legal holiday, the period continues to run until the end of the next day that is not a Saturday, Sunday, or legal holiday.

4. Plaintiff's amended complaint is therefore due on Thursday, November 12, 2026. Plaintiff will file her amended complaint on that date if Plaintiff's pending Motion for Extension of Time is denied. If Plaintiff’s pending

Motion is granted, this would extend the deadline to November 26, 2026 and Defendant's reply to December 10, 2026.

Respectfully Submitted,

**ANDREOZZI + FOOTE**

Dated: **11/11/2026**

*s/ Ashley Ventrillo*
Ashley Ventrillo, esq.
Nathaniel Foote, esq. (*Pro Hac Vice*)
4503 North Front Street
Harrisburg, PA 17110
Ph: 717.525.9124 | Fax: 717.525.9143
TeamD@vca.law
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that on November 11, 2026, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notice of filing to all counsel of record.

*/s/Ashley Ventrillo*