**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION**

**K.M.,**

**Plaintiff,**

**v.** **Case No. 5:26-cv-180-AW-MJF**

**JAI AMBAI, INC., et al.,**

**Defendants.**

______________________________/

## ORDER GRANTING MOTION FOR EXTENSION

Plaintiff's unopposed motion for extension (ECF No. 40) is GRANTED. The deadline to file the amended complaint is extended to November 25, 2026.

SO ORDERED on November 12, 2026.

s/ *Allen Winsor*
Chief United States District Judge