UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

K.M.,

Plaintiff,

CASE NO.: 5:26-cv-00180-AW-MJF

v.

JAI AMBAI, INC., d/b/a SUMMER BREEZE MOTEL; et al.,

Defendants.

---

**AMENDED NOTICE OF APPEARANCE OF COUNSEL**

PLEASE TAKE NOTICE that CHRISTOPHER J. BOLDUC of the law firm O'HAGAN MEYER, hereby amends his appearance as counsel for Defendant, SHIVAM AND SAAJAN CORP, to reflect the information below, and respectfully requests that a copy of all pleadings, orders, notices, documents and correspondence be served upon him at the following primary and secondary e-mail addresses:

Primary E-Mail Address: cbolduc@ohaganmeyer.com

Secondary E-Mail Address: jmcyeo@ohaganmeyer.com

Dated: November 17, 2026.

Respectfully submitted,

**O'HAGAN MEYER**

*/s/ Christopher J. Bolduc*
Christopher J. Bolduc, Esq.
Florida Bar No. 107465
3001 North Rocky Point Dr. East
Suite 200
Tampa, FL 33607
Telephone: 656-261-5552

Primary E-mail:
cbolduc@ohaganmeyer.com
Secondary E-mail:
jmcyeo@ohaganmeyer.com
***Counsel for Defendant, Shivam and Saajan Corp***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 17, 2026, a true and correct copy of the foregoing Amended Notice of Appearance and was served via CM/ECF to all counsel of record.

*/s/ Christopher Bolduc*
ATTORNEY