UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

K.M.,

Plaintiff,

CASE NO.: 5:26-cv-00180-AW-MJF

v.

JAI AMBAI, INC., d/b/a SUMMER BREEZE MOTEL; et al.,

Defendants.

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT SHIVAM AND SAAJAN CORP. D/B/A COOK'S MOTEL**

COMES NOW Kimberly Held Israel, Esq., of the law firm of Kaufman Dolowich, and as counsel for Defendant, Shivam and Saajan Corp. d/b/a Cook's Motel ("Defendant"), and pursuant to Local Rules 7.1 and 11.1(H), respectfully files this Unopposed Motion to Withdraw as Counsel for Defendant and, in support, states as follows:

1. Kimberly Held Israel appeared in this case on behalf of Defendant on or about September 30, 2026.

2. Co-counsel for Defendant, Christopher Bolduc, recently joined the law firm of O'Hagan Meyer, and pursuant to Defendant's instructions, this matter has been transferred to Mr. Bolduc at O'Hagan Meyer for continued handling. By extension, Defendant has no objection to this Motion as it has expressly instructed that the matter be transferred to O'Hagan Meyer.

3. As such, Kimberly Held Israel and the law firm of Kaufman Dolowich respectfully request permission to withdraw as counsel for Defendant and to be relieved of any further responsibilities in this case.

4. This Motion is not sought for the purpose of delay; nor will it prejudice any party. Because Mr. Bolduc remains counsel of record in this case and has appeared through his affiliation with O'Hagan Meyer, the requested withdrawal will not disrupt the proceedings in any way.

WHEREFORE, Kimberly Held Israel and the law firm of Kaufman Dolowich LLP respectfully request that they be permitted leave to withdraw as counsel for the Defendant and for such further relief as the Court deems just and proper.

**CERTIFICATE OF CONFERRAL**

I hereby certify that on November 23, 2026, undersigned counsel conferred via e-mail with Plaintiff's counsel, Ashley Ventrillo and Kelsie Overton, regarding the relief sought herein and is authorized to represent to the Court that Plaintiff's counsel has no objection to the requested relief.

DATED: November 23, 2026

Respectfully submitted,

**KAUFMAN DOLOWICH**

*/s/ Kimberly Held Israel*
Kimberly Held Israel, Esq.
Florida Bar No.: 47287
kim.israel@kaufmandolowich.com
david.rivera@kaufmandolowich.com
301 E. Pine Street, Suite 1150
Orlando, FL 32801
Phone: 407-358-5619
***Counsel for Defendant, Shivam and Saajan Corp., d/b/a Cook's Motel***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 23, 2026, a true and correct copy of the foregoing was served, via CM/ECF, on all parties and/or counsel of record as follows:

**Nathaniel Foote, Esq.**
**Ashley Marie Ventrillo, Esq.**
nate@vca.law
teamd@vca.law
*Counsel for Plaintiff*

**Ryan Garrett, Esq.**
**Barry Burkett, Esq.**
rgarrett@butler.legal
bburkett@butler.legal
*Counsel for Defendant, Jai Ambai Inc. d/b/a Summer Breeze Motel*

**Clifford W. Sanborn, Esq.**
csanborn@handfirm.com
*Counsel for Defendants, Royal American Development, Inc. and Resort Hospitality Enterprises, Ltd. d/b/a Boardwalk Beach Hotel*

**Christopher Bolduc, Esq.**
cbolduc@ohaganmeyer.com
*Counsel for Defendant, Shivam and Saajan Corp. d/b/a Cook's Motel*

**Emily Muzyka, Esq.**
**Lisa House, Esq.**
**Cara Wright, Esq.**
Emily.muzyka@fmglaw.com
Lisa.house@fmglaw.com
Cara.wright@fmglaw.com
*Counsel for Defendant, Satnam Hotel LLC d/b/a Days Inn Panama City Callaway*

*/s/ Kimberly Held Israel*
ATTORNEY