UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

K.M.,

Plaintiff,

v.

CASE NO.: 5:26-cv-00180-AW-MJF

JAI AMBAI, INC., d/b/a SUMMER BREEZE MOTEL; et al.,

Defendants.

______________________________________

**ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT SHIVAM AND SAAJAN CORP. D/B/A COOK'S MOTEL**

THIS CAUSE came before the Court without a hearing on the Unopposed Motion to Withdraw As Counsel for Defendant Shivam and Saajan Corp. d/b/a Cook's Motel (the "Motion") seeking the withdrawal of Kimberly Held Israel and the law firm of Kaufman Dolowich as counsel of record for Defendant, Shivam and Saajan Corp. d/b/a Cook's Motel. The Court finds that the Motion is well-taken, notes that Plaintiff's counsel has no objection to the relief sought therein and should be GRANTED. It is hereby

**ORDERED:**

1. Kimberly Held Israel and the law firm of Kaufman Dolowich are hereby removed as counsel of record for Defendant, Shivam and Saajan Corp. d/b/a Cook's Motel and shall have no further responsibility in the above-styled matter.

2. Christopher Bolduc and the law firm of O'Hagan Meyer remain counsel of record for Defendant, Shivam and Saajan Corp. d/b/a Cook's Motel, for all purposes and Mr. Bolduc is designated as lead counsel.

SIGNED this ____ day of __________ 2026.

______________________________
UNITED STATES DISTRICT JUDGE