**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION**

**K.M.,**

**Plaintiff,**

**v.** **Case No. 5:26-cv-180-AW-MJF**

**JAI AMBAI, INC., et al.,**

**Defendants.**

_________________________________/

## ORDER GRANTING MOTION TO WITHDRAW

The unopposed motion to withdraw (ECF No. 44) is GRANTED. Attorney Kimberly Held Israel is relieved of further responsibility in this case.

SO ORDERED on November 24, 2026.

s/ *Allen Winsor*
Chief United States District Judge